| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorneys for Defendant
ZHEN SHANG LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-258 JAM |
| | ) | |
| Plaintiff, | ) | WAIVER OF PERSONAL APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| ZHEN SHANG LIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, ZHEN SHANG LIN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

///

-1-                                                                    *Waiver of Personal Appearance*

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: March 27, 2019

                                        */s/ Zhen Shang Lin*
                                        ZHEN SHANG LIN
                                        Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: March 27, 2019

                                        */s/ Noa E. Oren*
                                        NOA E. OREN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ZHEN SHANG LIN

        IT IS SO ORDERED.

Dated:  March 27, 2019

                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge