**FILED**
March 26, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ZHEN SHANG LIN,<br>        Defendant. | Case No. 2:18-cr-00258-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ZHEN SHANG LIN, Case No. 2:18-cr-00258-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $50,000.00.

        _X_ Co-Signed Unsecured Appearance Bond

        ___ Secured Appearance Bond

        _X_ (Other) Conditions as stated on the record.

        _X_ (Other) The Defendant shall be released to the custody of the Pretrial Services Officer on 3/27/2019 at 9:00 a.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 3/26/2019 at 2:29 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge