HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN #297100
CHRISTINA SINHA #278893
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ZHEN SHANG LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:18-CR-00258-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO MODIFY ) SPECIAL CONDITION OF RELEASE |
| v. | ) |
| | ) Judge: Hon. Carolyn K. Delaney |
| ZHEN SHANG LIN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant ZHEN SHANG LIN, through their respective attorneys that the release conditions imposed on Mr. Lin on March 26, 2019 (Docket 45), will be modified to remove:

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

The proposed modification is supported by his Pretrial Services Officers in New York and California.

All other conditions shall remain in force.

Stipulation to Modify Special Condition of Release

-1-

DATED: May 22, 2019        HEATHER E. WILLIAMS
                           Federal Defender

                           */s/ Noa E. Oren*
                           NOA E. OREN
                           Assistant Federal Defender
                           Attorney for ZHEN SHANG LIN

DATED: May 22, 2019        McGREGOR SCOTT
                           United States Attorney

                           */s/ Roger Yang*
                           ROGER YANG
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

**O R D E R**

The following release conditions imposed on Mr. Lin on March 26, 2019 (Docket 45), will be modified to remove:

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

All other conditions shall remain in force.

Dated: May 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE