HEATHER E. WILLIAMS, SBN 122664
Federal Defender
NOA E. OREN, SBN 297100
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ZHEN SHANG LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ZHEN SHANG LIN, <br><br> Defendant. | Case No.: 2:18-cr-00258-MCE <br><br> **UNOPPOSED REQUEST FOR TELEPHONIC APPEARANCE AT BAIL VIOLATION HEARING: ORDER** <br><br> Date: November 18, 2019 <br> Time: 2:00 P.M. <br> Judge: Hon. Kendall J. Newman |

Pursuant to Federal Rule of Criminal Procedure 43, Defendant Zhen Shang Lin, through counsel, having been advised of his right to be present at all stages of his proceedings, hereby requests this Court permit him to waive his right to personally appear for his November 18, 2019 bail violation hearing, and instead, be allowed to appear telephonically. Assistant United States Attorney Roger Yang is not opposed to this request.

It would be financially and logistically difficult for Mr. Lin to attend court on November 18, 2019. He currently lives in New York with his children and elderly mother, and is their sole caretaker. Accordingly, he respectfully requests the Court permit him to appear via telephone.

///

///

///

Lin Request to Appear Telephonically at the Bail Violation Hearing     -1-

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 5, 2019 | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Zhen Shang Lin |

**O R D E R**

**GOOD CAUSE APPEARING**, the unopposed request for defendant's request to appear via telephone at the November 18, 2019 bail violation hearing in Case No. 2:18-cr-00258-MCE, is hereby granted and adopted as the order of this Court.

Dated: November 6, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE