HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN #297100
CHRISTINA SINHA #278893
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ZHEN SHANG LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:18-CR-00258-MCE |
| Plaintiff, | ) STIPULATION AND ORDER TO MODIFY |
| v. | ) SPECIAL CONDITION OF RELEASE |
| ZHEN SHANG LIN, | ) Judge: Hon. Deborah Barnes |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant ZHEN SHANG LIN, through their respective attorneys that the release conditions imposed on Mr. Lin on March 26, 2019 (Docket 45), will be modified to remove:

14. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and

15. CURFEW: You must remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

The proposed modifications are supported by his Pretrial Services Officers in New York and California.

All other conditions shall remain in force.

DATED: June 26, 2020          HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Noa E. Oren*
                              NOA E. OREN
                              Assistant Federal Defender
                              Attorney for ZHEN SHANG LIN


DATED: June 26, 2020          McGREGOR SCOTT
                              United States Attorney

                              */s/ Roger Yang*
                              ROGER YANG
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

# **O R D E R**

The following release conditions imposed on Mr. Lin on March 26, 2019 (Docket 45), will be modified to remove:

14. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and

15. CURFEW: You must remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions shall remain in force.

Dated:  June 26, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE