HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
ZHEN SHANG LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHEN SHANG LIN,<br><br>Defendant. | Case No. 2:18-cr-00258-JAM-2<br><br>**STIPULATION AND ORDER TO SET A CHANGE OF PLEA HEARING**<br><br>Date: February 27, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Roger Yang, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Noa Oren, attorney for Zhen Shang Lin, respectfully request that a change of plea hearing be set for February 27, 2024 at 9:00 a.m.

Dated: December 20, 2023

HEATHER E. WILLIAMS
Federal Defender

/s/ *Noa Oren*
NOA OREN
Assistant Federal Defender
Attorney for Defendant
ZHEN SHANG LIN

Dated: December 20, 2023

PHILLIP A. TALBERT
United States Attorney

Stipulation to Set Change of Plea Hearing        -1-

/s/ *Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation to Set Change of Plea Hearing           -2-

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, **ADOPTS** the parties' stipulation in its entirety as its order. A change of plea hearing as to **Zhen Shang Lin (2)** is **SET** for **February 27, 2024, at 9:00 a.m.**, in person, in Courtroom 6, before Senior District Judge John A. Mendez.

Dated:  December 20, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE