HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
ZHEN SHANG LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:18-cr-00258-JAM-2 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |
| vs. | |
| ZHEN SHANG LIN, | DATE:   June 4, 2024 |
| Defendant. | TIME:   9:00 a.m. |
| | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for June 4, 2024, at 9:00 a.m. be continued to **November 19, 2024, at 9:00 a.m.**

Defense counsel will be unavailable during one of the dates of the current schedule and an extended timeline is necessary to give counsel sufficient time to prepare for sentencing.  It is therefore requested that the matter be continued to November 19, 2024, for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | **October 8, 2024** |
| Informal Objections to Presentence Report Due: | **October 22, 2024** |
| Final Presentence Report Due: | **October 29, 2024** |
| Formal Objections to Presentence Report Due: | **November 05, 2024** |
| Reply or Statement of Non-Opposition Due: | **November 12, 2024** |

Judgment and Sentencing:                                      **November 19, 2024**

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: May 20, 2024                    */s/ Noa Oren*
                                        NOA OREN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        ZHEN SHANG LIN

PHILLIP A. TALBERT
Acting United States Attorney

DATED: May 20, 2024                    */s/ Roger Yang*
                                        ROGER YANG
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

# O R D E R

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for June 04, 2024, is **CONTINUED** to **November 19 2024, at 9:00 a.m.**  The modified presentence schedule is further **ADOPTED** as this Court's order.

Dated: May 21, 2024                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE

LIN: Stipulation and Order to Continue Sentencing and          -2-
Modify PSR Schedule