HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
ZHEN SHANG LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZHEN SHANG LIN,<br><br>　　　　Defendant. | Case No.   2:18-cr-00258-JAM-2<br><br>**STIPULATION AND ORDER TO VACATE SENTENCING HEARING AND SET FOR A STATUS ON SENTENCING**<br><br>DATE:　November 19, 2024<br>TIME:　9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for November 19, 2024, at 9:00 a.m. be vacated and set for a status on sentencing on **March 25, 2025, at 9:00 a.m.**  Probation does not object to the requested modification.

　　　　Defense counsel will be unavailable during one of the dates of the current schedule and an extended timeline is necessary to give counsel sufficient time to prepare for sentencing.  It is therefore requested that the matter be continued to **March 25, 2025**, for a status on sentencing.

////

////

////

////

////

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: October 3, 2024                 */s/ Noa Oren*
                                        NOA OREN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        ZHEN SHANG LIN


                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

DATED: October 3, 2024                 */s/ Roger Yang*
                                        ROGER YANG
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


## **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing as to Zhen Shang Lin (2) previously set for November 19, 2024, is **VACATED** and a **Status re Sentencing** is **SET** for **March 25, 2025, at 9:00 a.m.**

Dated: October 04, 2024              /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE