HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
ZHEN SHANG LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHEN SHANG LIN,<br><br>Defendant. | Case No. 2:18-cr-00258-JAM-2<br><br>STIPULATION AND ORDER TO SET SENTENCING HEARING AND SET PSR SCHEDULE<br><br>DATE: March 25, 2025<br>TIME: 9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the current status re sentencing hearing scheduled for March 25, 2025, at 9:00 a.m. be vacated and set for judgment and sentencing on **July 15, 2025, at 9:00 a.m.**

It is therefore requested that the PSR schedule be set, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | **June 3, 2025** |
| Informal Objections to Presentence Report Due: | **June 17, 2025** |
| Final Presentence Report Due: | **June 24, 2025** |
| Formal Objections to Presentence Report Due: | **July 1, 2025** |
| Reply or Statement of Non-Opposition Due: | **July 8, 2025** |
| Judgment and Sentencing: | **July 15, 2025** |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: March 18, 2025         */s/ Noa Oren*
NOA OREN
Assistant Federal Defender
Attorneys for Defendant
ZHEN SHANG LIN


MICHELE BECKWITH
Acting United States Attorney

DATED: March 18, 2025          */s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

**IT IS HEREBY ORDERED** that the status re sentencing hearing previously set for March 25, 2025, is **VACATED** and a **sentencing** be **SET** for **July 15, 2025, at 9:00 a.m.** The modified presentence schedule is further **ADOPTED** as this Court's order.

Dated: March 18, 2025         /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE