HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
ZHEN SHANG LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHEN SHANG LIN,<br><br>Defendant. | Case No.   2:18-cr-00258-JAM-2<br><br>**FOURTH STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE**<br><br>DATE:   July 15, 2025<br>TIME:    9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for July 15, 2025, at 9:00 a.m. be continued to **September 9, 2025, at 9:00 a.m.**

Defense counsel still needs more time to communicate with Mr. Lin and help him prepare for sentencing as he needs a Mandarin interpreter. Counsel for the defendant is also unavailable for sentencing on July 15, 2025. The parties believe that an extended timeline is necessary to give counsel sufficient time to prepare for sentencing.  It is therefore requested that the matter be continued to September 9, 2025, for sentencing and that the PSR schedule be modified, as follows:

////

////

////

| | | |
|---|---|---|
| 1 | Draft Presentence Report Due: | Disclosed on June 3, 2025 |
| 2 | Informal Objections to Presentence Report Due: | August 12, 2025 |
| 3 | Final Presentence Report Due: | August 19, 2025 |
| 4 | Formal Objections to Presentence Report Due: | August 26, 2025 |
| 5 | Reply or Statement of Non-Opposition Due: | September 2, 2025 |
| 6 | Judgment and Sentencing: | September 9, 2025 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: June 11, 2025

/s/ Noa Oren
NOA OREN
Assistant Federal Defender
Attorneys for Defendant
ZHEN SHANG LIN


MICHELE BECKWITH
Acting United States Attorney

DATED: June 11, 2025

/s/ Roger Yang
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

Fourth Stipulation and Order to Continue Sentencing and Modify PSR Schedule

# **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for July 15, 2025, is **CONTINUED** to **September 09, 2025, at 9:00 a.m.** The presentence schedule is hereby **MODIFIED** as requested.

Dated: June 12, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Fourth Stipulation and Order to Continue Sentencing and Modify PSR Schedule